IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

DANIEL GRAFT JACKSON, :
        Petitioner, :
   v. : No. 2:19-cv-05664
 :
MARK CAPOZZA, *et al.*, :
        Respondents. :
_____

**O R D E R**

**AND NOW**, this 5th day of October, 2021, after de novo review of Petitioner Daniel Graft Jackson's Petition for Writ of Habeas Corpus, ECF Nos. 1, 13; the response to the Petition, ECF No. 16; the Report and Recommendation ("R&R") of Magistrate Judge David R. Strawbridge, ECF No. 18; Jackson's objections to the R&R, ECF No. 21; and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 18, is **APPROVED** and **ADOPTED**;

2. The objections to the Report and Recommendation, ECF No. 21, are **OVERRULED**;

3. The Petition for Writ of Habeas Corpus, ECF No. 1, is **DENIED**;

4. There is no basis to issue a certificate of appealability; and

5. The case is **CLOSED**.

                                            BY THE COURT:

                                            */s/ Joseph F. Leeson, Jr.*
                                            JOSEPH F. LEESON, JR.
                                            United States District Judge